[No. 20128-3-II.    Division Two.    December 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ROWE RUSSO, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 95-1-01129-2, Edwin L. Poyfair, J., entered November 20, 1995. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Bridgewater, J.

[Nos. 20256-5-II; 20370-7-II.    Division Two.    December 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. BEVERLY ANN HURLEY, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JOHN JAMES HURLEY, *Appellant*.

Appeals from judgments of the Superior Court for Cowlitz County, Nos. 95-1-00645-8, 95-1-00646-6, Milton R. Cox, J., entered December 26, 1995 and January 31, 1996. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Seinfeld, J.

[No. 20456-8-II.    Division Two.    December 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT CHONG WIGGINS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-1-01612-3, Richard D. Hicks, J., entered March 5, 1996. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 20696-0-II.    Division Two.    December 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ANGELA R. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 95-1-00124-4, Joel M. Penoyar, J., entered May 3, 1996. *Affirmed in part* and *remanded* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Seinfeld, J.